1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

10

11  ERNEST J. FRANCESCHI, JR.,              **CASE NO.** 2:10-cv-0205-RLH-RJJ

12              Plaintiff,                              **ORDER EXONERATING AND DIRECTING REFUND TO PLAINTIFF FOR DEPOSIT MADE TO REGISTRY ACCOUNT**

13  VS.

14  HARRAH'S ENTERTAINMENT, INC., a Delaware Corporation;
15  HARRAH'S OPERATING COMPANY, INC., a Nevada
16  Corporation

17              Defendants.

18

19          Based upon the application of Plaintiff, and for good cause appearing,

20          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's

21  deposit in the sum of $1,000.00 made pursuant to NRS 18.130 into the

22  Court's Registry Account on June 3, 2010, is exonerated.  The Clerk is

23  directed to forthwith refund said sum to Plaintiff.

24

25  Dated:  February 16, 2011

26                                          ROGER L. HUNT, Chief
27                                          United States District Judge

28

1

[PROPOSED] ORDER EXONERATING AND DIRECTING REFUND TO PLAINTIFF

1  Presented by,

2  ERNEST J. FRANCESCHI, JR.
   445 South Figueroa, 26th Floor
3  Los Angeles, California 90071
   Telephone:  (213) 612-7723
4  Facsimile: (213) 612-7724
   Email: efranceschi@earthlink.net

5  Plaintiff in Pro Se

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER EXONERATING AND DIRECTING REFUND TO PLAINTIFF