NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
nsantoro@santoronevada.com
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
jsmith@santoronevada.com
SANTORO WHITMIRE
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone:   702/948-8771
Facsimile:    702/948-8773

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST J. FRANCESCHI, JR., <br><br>Plaintiff, <br><br>v. <br><br>HARRAH'S ENTERTAINMENT, INC., a Delaware corporation; HARRAH'S OPERATING COMPANY, INC., <br><br>Defendants. | CASE NO.:   2:10-cv-0205-RLH-RJJ <br><br>**SUBSTITUTION OF ATTORNEYS** |

Defendants HARRAH'S ENTERTAINMENT, INC., and HARRAH'S OPERATING COMPANY, INC. in the above-entitled action, hereby substitute and appoint NICHOLAS J. SANTORO, ESQ. and JASON D. SMITH, ESQ. of the law firm of SANTORO WHITMIRE, 10001 Park Run Drive, Las Vegas, Nevada 89145, (702) 948-8771 as their attorneys in the place and stead of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

DATED this 29th day of February, 2012.

HARRAH'S ENTERTAINMENT, INC.

By: _____
Its: Vice President and Chief Counsel
Enterprise Operations & Litigation

HARRAH'S OPERATING COMPANY, INC.

By: _____
Its: Vice President and Chief Counsel
Enterprise Operations & Litigation

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON hereby consents to the substitution of the law firm of SANTORO WHITMIRE, as attorneys for HARRAH'S ENTERTAINMENT, INC., and HARRAH'S OPERATING COMPANY, INC.

DATED this 29 day of Feb, 2012.

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON

_____
RONALD J. THOMPSON, ESQ.
Nevada Bar No. 5524
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

The law firm of SANTORO WHITMIRE is duly admitted to practice in this Court. The law firm of SANTORO WHITMIRE hereby accepts substitution as attorneys for HARRAH'S ENTERTAINMENT, INC., and HARRAH'S OPERATING

//
//
//
//
//
//
//
//
//
//

COMPANY, INC. for all purposes in the above-entitled action.

DATED this 28 day of February, 2012.

SANTORO WHITMIRE

_____
NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Defendants*

Please check one: ____ RETAINED, or ____ APPOINTED BY THE COURT

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 2, 2012

# CERTIFICATE OF SERVICE

I hereby certify that on <u>March 1st</u>, 2012, I authorized the electronic filing of the foregoing **SUBSTITUTION OF ATTORNEYS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the addresses denoted below:

ERNEST J. FRANCESCHI, JR.
445 S. Figueroa, 26th Floor
Los Angeles, CA 90071

*Plaintiff*

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on <u>March 1st</u>, 2012.

//s// Jason D. Smith
SANTORO WHITMIRE
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: 702/948-8771
Facsimile: 702/948-8773